**Electronically Filed
Intermediate Court of Appeals
28668
23-NOV-2010
08:52 AM**

NO. 28668

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AUDREY THEISEN LEE, Plaintiff-Appellant,
v.
COUNTY OF HAWAI'I, JOHN DOES 1-10, JANE DOES 1-10,
DOE CORPORATION 1-10, DOE PARTNERSHIPS 1-10,
DOE NONPROFIT CORPORATIONS 1-10 AND
DOE GOVERNMENTAL ENTITIES 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-110)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on October 28, 2010, is hereby corrected as follows:

1. On page 2, in the second line, the word "the" should be inserted between the words "that" and "circuit" so that as corrected, the text reads: ". . . conclude that the circuit court properly dismissed . . . ."

2. On page 6, in the twenty-fourth line, the citation "Id." should be inserted at the end of the second full paragraph so that as corrected, the text reads: ". . . when justice so requires." Id."

---

[1] Nakamura, Chief Judge, Fujise, and Reifurth, JJ.

3. On page 9, in the second line from the bottom of the page, a close quotation mark should be inserted at the end of the sentence and before the citation so that as corrected, the text reads: ". . . unreasonable risks." <u>Id.</u> at 71 . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 23, 2010.

FOR THE COURT:

*Craig W. Nakamura*
Chief Judge

2